COMMERCIAL COURT
OF CANNES

JUDGMENT OF April 7, 2009

*Record No.:* *2009G00005*
**PCL No.: 2009J00094**
SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE
Docket No.: 2009G00005

## DEBTOR

SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE
Bd De La Croisette Port Canto Lots AX and AW 06400 CANNES

REGISTER OF COMMERCE AND COMPANIES OF CANNES: 300774791 1974 B 170

SECONDARY PLACE OF BUSINESS: REGISTER OF COMMERCE AND COMPANIES OF ANTIBES 105 Av des Frères
Roustan Palais Napoléan 06220 VALLAURIS
SECONDARY PLACE OF BUSINESS: REGISTER OF COMMERCE AND COMPANIES OF FREJUS 2003B40266 Pl Garezzio
Rue du Portalet 83990 ST TROPEZ
OTHER ESTABLISHMENTS: 40-46 Ave des Arlucs and Av du Centre 06150
CANNES LA BOCCA

Legal representative: Alexandre Laurent RODRIGUEZ
President and CEO
appearing in person, assisted by Mr. POULAIN, Esq.
Liliane DELPECH, representing the employees
Mr. CHOKRON, Chief Operating Officer

Date of the proceedings: April 7, 2009
Deliberations announced on April 7, 2009
Decision rendered after hearing all the parties and open to appeal.

COMPOSITION OF THE COURT DURING THE PROCEEDINGS AND DELIBERATIONS:
Denis GARRONE, President
Jean Claude LEMALLE, Pascal GIANETTI, Judges
assisted by Patricia CAREDDA, Assistant Clerk of Court with SELARL Dany VAN SANT, present only during the proceedings.
in the presence of the Public Prosecutor represented by Mr. BONIFAY

Published at the Court Registry on April 7, 2009

The record was signed by Denis GARRONE, who presided over the deliberations, and Patricia CAREDDA, Assistant Clerk of Court with SELARL Dany VAN SANT, present during the reading of the decision.

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.


EXHIBIT 1

## FACTS AND PROCEEDINGS

On April 7, 2009, SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE submitted a request to the Court to open a safeguard procedure pursuant to Article L621-1 and following of the Commercial Code.

SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE is registered in the Register of Commerce and Companies of Cannes under the No.300774791 1974 B 170 and its business is to create and operate all agencies to represent and sell boats, perform all after sale services and all pleasure boating services, to purchase, rent, manage and sell harbor docking space (finger piers, berths), in the form of a business corporation (Société Anonyme) with a head office located at boulevard de la Croisette in CANNES (06400).

The declarant and the representatives of the Work Council, or, if no such council exists, the employee representatives, were summoned to appear in council chambers on April 7, 2009 according to the summons sent to them.

SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE is part of the RODRIQUEZ Group and of which SA RODRIGUQEZ GROUP SA, a holding company, holds 99.761% of the capital stock.

SA RODRIQUEZ GROUP SA also asked the commercial court of CANNES to open a safeguard procedure for it.

The RODRIGUEZ Group originated in 1972 through the creation of a shipping agent having as main activity yacht consulting and sales by its founder, Mr. Gérard RODRIGUEZ.

In 1979, the RODRIGUEZ Group launched a new concept involving large size "open" yachts and specializes in the field of luxury yachts offering its clients a full range of products and services.

SA RODRIGUEZ GROUP, the parent company of the RODRIGUEZ Group, went public in 1988 (compartment B of the Eurolist Paris – ISIN FR0000062994).

SA RODRIGUEZ GROUP shares are currently held a follows: 55.4% (of voting rights) by the Rodriguez family; the remaining 44.4% (of voting rights) are held by the public.

The Group's activities are focused on two industries:

- the design of luxury boats: design, project management and marketing,
- the provision of services: brokerage, charter and boat management.

The principal companies of the Group are:

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

- SERVICE DE NAVIGATION BOAT SERVICE (SNP BOAT SERVICE), which sells new and used boats, rents boat slips and provides security and wintering services. On September 30, 2008, the company posted sales amounting to 285.5 million euros (including self-constructed assets), with a net loss of 62.6 million euros. SNP BOAT SERVICE currently employs 77 employees.
- G. RODRIGUEZ PORT DE GOLFE JUAN (G. RODRIGUEZ), which works on and repairs boats and sells merchandise. As of September 30, 2008, the company posted 18.2 million euros in sales with a net profit of 2.2 million euros. G. RODRIGUEZ currently employs 29 people,
- Le YACHT (LE YACHT) sells electronic equipment and operates a ship chandlery. As of September 30, 2008, the company posted 10.6 million euros in sales with a net profit of 0.7 million euros. LE YACHT currently employs 10 people.

Yacht production is entrusted to the CANTIERE NAVALE ARNO and OVERMARINE shipyards located in Italy, the Group's main subcontractors.

In 2005, on the advice of its banks, and in order to consolidate the management of its debt through the set up of a single and centralized tool, the RODRIGUEZ Group set up a syndicated revolving credit intended to finance its working capital requirements.

This credit of up to a maximum amount of 150 million euros, was entered into on March 22, 2005 by SNP BOAT SERVICE, on the one hand, and the banks BNP PARIBAS, CIC and LCL, on the other. Following the syndication, CREDIT AGRICOLE along with the banks BANCA DI ROMA (Italy) and BBVA (Spain) became members of the bank syndicate.

As part of the credit agreement, RODRIGUEZ GROUP guaranteed, without benefit of division, the commitments of its subsidiary and pledged in favor of the lending banks:

- 100% of the shares of SNP BOAT SERVICE,
- 100% of the shares of CAMPER and NICHOLSONS INTERNATIONAL,
- 100% of the shares of G. RODRIGUEZ.

The difficulties encountered by the RODRIGUEZ Group fall into three categories, all tied to the current unfavorable economic climate:

1. a significant drop in sales,
2. financing of its inventories of new and used boats,
3. accounts receivable that are difficult to mobilize due to the fact that its clientele consists primarily of private individuals.

The RODRIGUEZ Group is therefore faced with the economic decline of its business and therefore with problems related to the financing of its working capital requirements.

In order to anticipate these difficulties, it is imperative for the Group to successfully:

- renegotiate, with its lending institutions, the conditions for repaying the revolving credit of 150 million euros,
- negotiate with the banks the financing of the working capital requirements tied to financing the inventory of used boats.



CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

Considering:

- the consolidation of the RODRIGUEZ GROUP, SNP BOAT SERVICE, LE YACHT and G. RODRIGUEZ in a single and same group, in this case the RODRIGUEZ Group,
- the overlapping of the activities (sales and services) of these companies,
- the clientele common to these companies,
- the management common to each of these companies,

it appears indispensable to centralize the opening of the safeguard procedures requested for these four companies before the same court, in this case the commercial court of CANNES.

Although G RODRIGUEZ and LE YACHT are legally autonomous, they are completely dependant on the other entities of the RODRIGUEZ Group, particularly SNP BOAT SERVICE.

In light of the preceding explanations, the attorney for SA SERVICE DE NAVIGATION BOAT SERVICE asks the commercial court of CANNES to open a safeguard procedure concerning this company and in accordance with article L. 621-4 of the Commercial Code proposes the appointment of two administrators given the size of the company, in the person of Mr. EZAVIN, Esq., 1 Rue Alexandre Mari, Nice and Mr. BAULAND, Esq., 40 Rue Bonnet, Lyon.

Furthermore, the attorney for SA SERVICE DE NAVIGATOIN BOAT SERVICE asks that the court appoint a person responsible for producing an inventory pursuant to the sixth paragraph of article L. 621-4 of the Commercial Code.

In accordance with article L. 621-1 of the Commercial Code, as the company is currently involved in a conciliation procedure, this request was examined in the presence of the Public Prosecutor, who is not opposed to opening a safeguard procedure and appointing two administrators, indicating only that he is unable to issue any opinion concerning Mr. BAULAND since they have not had the opportunity to work together on a case.

The Employee Representative is in favor of opening the safeguard procedure.

It is clear from the documents produced and from the information gathered in chambers that the debtor has provided proof of insurmountable difficulties and is therefore subject to a safeguard procedure.

**WHEREUPON, THE COURT:**

Whereas article L. 620-1 of the Commercial Code makes the opening of a safeguard procedure dependent on the existence of insurmountable difficulties for the applicant;

Whereas the Court finds that there are no sums due and payable or demanded and has found that the applicant is current with respect to its employees, its payroll taxes and tax liabilities and with its obligations toward its suppliers with which it has no outstanding payments;

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

Whereas in light of what precedes, the conditions required by articles L. 620-1 and following of the Commercial Code for opening a safeguard procedure have been satisfied, namely:
- the absence of a state of cessation of payments;
- the existence of difficulties that are insurmountable for the applicant;

Whereas it is necessary under these circumstances to apply the safeguard procedure set forth by articles L620-1 and following of the Commercial Code and to terminate the conciliation procedure ordered on November 18, 2008.

**ON THESE GROUNDS:**

After deliberating in accordance with the law, and ruling after hearing all the parties by decision open to appeal,

In view of articles L 620-1 and following of the Commercial Code, we open a safeguard procedure benefiting SA SERVICE NAVIGATION DE PLAISANCE BOAT SERVICE Bd De La Croisette 06400 CANNES;

Appoints Pierre COUSIN as Bankruptcy Judge;
Appoints Denis GARRONE as alternate Bankruptcy Judge;

In accordance with the debtor's request, appoints Pierre Louis EZAVIN, Esq., 1 Rue Alexandre Mari 06300 NICE and Mr. BAULAND, Esq., 40 Rue Bonnel 69003 LYON administrators with the mission of assisting the debtor in its management;

Appoints Didier CARDON, 15 Imp de l'Horloge 06117 LE CANNET CEDEX as judicial representative with the mission of acting in the name and in the collective interest of the creditors;

Appoints SCP François ISSALY and Julien PICHON 31 Bd d'Alsace 06400 CANNES to proceed with the inventory and the valuation of its assets as well as the guarantees to which it is subject in accordance with articles L 622-6 and R 622-4 of the Commercial Code;

Finds that SCP François ISSALY and Julien PICHON may work with any specialized appraiser;

Finds that in accordance with article R 622-4 of the Commercial Code, the professional appointed above must file this inventory immediately with the Court Registry and provide a copy to the debtor, to the judicial representative and, if necessary, to the administrator designated;

Finds that the copy of the inventory provided to the legal representatives must include the detailed account related to its preparation, in accordance with the rate applicable to it or, if there is no regulated rate, in accordance with the provisions of article R 622-4 of the Commercial Code; The President of the Court or his representative will determine this remuneration;

Finds that in accordance with article L. 621-4 of the Commercial Code, the name and address of the employees' representative or, otherwise, an official report of failure to appoint such representative will be provided to the registry within 10 days following this judgment;

Sets 10/7/2009 as the end of the observation period;

Finds that the judicial representative must file the list of claims within 12 months following the end of the claim declaration period;

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

Terminates the conciliation procedure ordered on November 18, 2008;

Orders the Clerk of the court to proceed with the notifications, formalities and notices required by articles R 621-6, 621-7 and 621-8 of the Commercial Code;

Finds that the court costs, payable by the applicant, will be considered preferred safeguard procedure expenses.

| The Clerk of Court, | The President, |
|---|---|
| [Signature] | [Signature] |
| Patricia CAREDDA | Denis GARRONE |

Certified true copy

The Clerk of Court,

[Signature]
[Round stamp] COMMERCIAL COURT OF CANNES (A.M.)

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

# SEVEN LANGUAGES TRANSLATING SERVICES, INC.
## TRANSLATORS • INTERPRETERS

Conferences • Depositions • Documents • Translations • Legal • Commercial • Medical • Technical • U.S. Court Certified Interpreters
Web site: www.sevenlanguages.com • E-mail: sevenlan@gate.net

### CERTIFICATE OF TRANSLATION

STATE OF FLORIDA }
}
COUNTY OF MIAMI-DADE }

BEFORE ME, on this day, personally appeared ELISE GICHON-STRAUSS on behalf of SEVEN LANGUAGES TRANSLATING SERVICES, INC., who being duly sworn, deposes and says that she is fully versed in both the FRENCH and ENGLISH languages, is accredited by the American Translators Association; and that to the best of her knowledge and belief, the translation attached hereto is a true and accurate rendition of the original aforesaid, consisting of ___6___ pages and that this is the last of the attached.

ELISE GICHON-STRAUSS

The foregoing instrument was acknowledged by me on this 24 day of March, 2010. ELISE GICHON-STRAUSS personally appeared before me at the time of notarization. She is personally known to me and produced a driver's license as identification and she did take an oath.

Joseph Richard Perez, Notary Public
State of Florida at Large



J RICHARD PEREZ
Notary Public - State of Florida
My Comm. Expires Apr 10, 2014
Commission # DD 959092

The utmost care has been taken to ensure the accuracy of all translations. Seven Languages Translating Services and its employees shall not be liable for any damages due to negligence or error in typing or translation.

SPANISH
FRENCH
ITALIAN
HEBREW
CREOLE
DUTCH
PORTUGUESE
GERMAN
CHINESE
JAPANESE
RUSSIAN
SCANDINAVIAN
ASIAN
SLAVIC
& ALL OTHER
LANGUAGES

OFFICES IN MIAMI • FT. LAUDERDALE • ORLANDO • TOKYO
19 W. FLAGLER ST. • SUITE 806 • MIAMI, FLORIDA 33130
DADE (305) 374-6761 • 24 HR. FAX (305) 374-0339 • 1-800-374-6761