UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 10-18891-JKO |
| SNP BOAT SERVICE SA<br>a/k/a SERVICE NAVIGATION<br>DE PLAISANCE BOAT SERVICE SA, | CHAPTER 15 |
| Debtor in Foreign Proceedings.<br>_____ / | |

**STATEMENT OF FOREIGN**
**REPRESENTATIVE AS REQUIRED BY 11 U.S.C. § 1515**

1. The undersigned, as the *Administrateur Judiciaire*/Foreign Representative (the "Foreign Representative") of SNP Boat Service SA a/k/a Service Navigation De Plaisance Boat Service SA (the "Foreign Debtor"), as authorized by articles L. 622 and L. 622-3 of the French Commercial Code, is the designated person to make this statement under oath for the Foreign Debtor that is the subject of the Chapter 15 petition filed herewith.

2. Moreover, on March 30, 2010, the Commercial Court of Cannes, France (Tribunal de commerce de Cannes) issued a *Certificate* authorizing my filing of this chapter 15 petition. A translated copy of the *Certificate* is attached hereto as Exhibit "1". A copy of the *Certificate* is attached hereto a Exhibit "2".

3. The Foreign Debtor is subject to a *Sauvegarde* Proceeding under French law, and the Foreign Debtor's administration and management remains under the control of its chief executive officer as set forth by French law.

4. The French law provides for the prohibition of payments a prior debts as from the opening of the *Sauvegarde* Proceeding. This entails that no writs of execution on

{220303.0001/N0818179_3}    1



the Foreign Debtor's assets can be executed without the agreement of the French bankruptcy judge.

5.  The *Sauvegarde* Proceeding in France is the only foreign proceeding (as that term is defined in Section 101(23) of the Bankruptcy Code) with respect to the Foreign Debtor that is known to me.

6.  At the present time, the Foreign Representative does not anticipate that it will be necessary to commence a case under another chapter of the United States Bankruptcy Code after recognition of the Foreign Proceeding and anticipates that he will only be seeking recognition of the *Sauvegarde* Proceeding under French law.

7.  I hereby declare under the penalty of perjury under the laws of the United States of America that the factual allegations set forth above are, to the best of my knowledge, information and belief, true and correct.

Dated:
Cannes, France
April 6th, 2010

_____
Pierre-Louis Ezavin, *Administrateur Judiciaire*/
Foreign Representative