UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                             CASE NO. 10-18891-JKO

SNP BOAT SERVICE SA                                CHAPTER 15
a/k/a SERVICE NAVIGATION
DE PLAISANCE BOAT SERVICE SA,

         Debtor in Foreign Proceedings.
_____/

**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE APPLYING
PROVISIONAL STAY, SCHEDULING RECOGNITION HEARING
SPECIFYING FORM AND MANNER OF NOTICE**

Pierre-Louis Ezavin, Foreign Representative (the "Foreign Representative") of SNP Boat Service SA a/k/a Service Navigation De Plaisance Boat Service SA ("SNP Boat" or the "Foreign Debtor"), a French company in reorganization proceedings under French law (the "*Sauvegarde* Proceeding"), currently pending before the Commercial Court of Cannes, France (Tribunal de commerce de Cannes), by and through his undersigned counsel, hereby requests this Court:

(a)     Pursuant to 11 U.S.C. §§ 105(a), 362, 1504, 1517, 1519, 1520 and 1521, issue a provisional order applying the automatic stay to the commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial jurisdiction of the United States, or its rights, obligations or liabilities pending the issuance of the Recognition Order (as defined below); and

(b)     Pursuant to Bankruptcy Rules 1011(b) and 2002(q), schedule a hearing (the "Recognition Hearing") in support of an order (the "Recognition Order")

recognizing Pierre-Louis Ezavin as a foreign representative and the SNP Boat *Sauvegarde* Proceeding as a foreign main proceeding; and

(c) Pursuant to Bankruptcy Rules 1011(b), 2002(q) and 9007, approve the form and manner of notice to be provided to interested parties.

In support of this *Application*, the Foreign Representative states as follows:

1. SNP Boat is a French company whose business is to create and operate all agencies to represent and sell boats, perform all after sale services and all pleasure boating services, to purchase rent, mange and sell harbor docking space (finger piers, berths).

2. The Foreign Debtor's registered office is located at Boulevard de la Croisette, Port Pierre Canto, 06400, Cannes, France.

3. As set forth in the *Verified Petition for Recognition and Chapter 15 Relief (the "Verified Petition for Relief")* [DE # 2] filed in this case, a creditor has undertaken efforts in the State Court Action[1] to seize one of the Foreign Debtor's vessel and for which the State Court has issued at *Writ of Execution*. The M/Y SIXTY FIVE continues to be located at National Maritime Services, Inc., 1915 S.W. 21 Avenue, Fort Lauderdale, FL.

4. Prior to the M/Y SIXTY FIVE being taken into custody, the Foreign Debtor, by and through its authorized agents, was working on renovations to the vessel in order to be able to sell the vessel and utilize the proceeds from sale to be administered in the *Sauvegarde* proceeding and towards the *plan de sauvegarde* in order to pay its creditors pursuant to the *plan de sauvegarde*.

---

[1] All capitalized terms unless otherwise defined herein shall have the same meaning as defined in the *Verified Petition for Relief*.

5. To effect a restructuring, a *Sauvegarde* Proceeding under French restructuring law has been commenced for SNP Boat under the auspices of the French Commercial Court.

6. In the *Verified Petition for Relief*, the Foreign Representative seeks recognition of his status as Foreign Representative and recognition of SNP Boat's *Sauvegarde* Proceeding as a "foreign main proceeding" under 11 U.S.C. § 1515.

7. As set forth in the *Verified Petition for Relief*, SNP Boat owns assets in the United States that are critical to its value and to its *plan de sauvegarde*. One such asset in particular is the M/Y SIXTY FIVE.

8. Pending the Recognition Hearing, the Foreign Representative seeks entry of an order (a) provisionally applying the automatic stay to the commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial jurisdiction of the United States, or its rights, obligations or liabilities; (ii) scheduling the Recognition Hearing; and (iii) approving the form and manner of notice to interested parties.

9. Notice of this Chapter 15 proceeding, the implementation of the provisional stay, and the time and date of the Recognition Hearing will be sent, via email, express mail or facsimile, to: (i) SNP Boat's known affected creditors or their counsel; (ii) the Office of the United States Trustee; and (iii) all other parties required to be given notice by Bankruptcy Rule 2002(q). The notice will consist of (i) the Order to Show Cause entered by this Court; (ii) the *Notice of Filing of Chapter 15 Petition, Issuance of Provisional Stay and Scheduling Hearing* in the form proposed and attached hereto as Exhibit "A"; (ii) a copy of the Petition; and (iii) the proposed Recognition Order. The

3

Foreign Representative respectfully submits that this manner of service complies with Bankruptcy Rules 1011(b), 2002(q) and 9007.

10. As set forth more fully below and in the incorporated *Memorandum of Law* contained in the *Verified Petition for Relief*, which in the interest of brevity is fully incorporated herein, the Foreign Representative respectfully submits that he has shown that:

    a. There is a substantial likelihood that the Foreign Representative will be able to demonstrate that he is the foreign representative of SNP Boat, the SNP Boat's *Sauvegarde* Proceeding is a foreign main proceeding, and that SNP Boat is entitled to the issuance of the Recognition Order and the protections of 11 U.S.C. §§ 1519 and 1520;

    b. The commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial United States, or its rights, obligations or liabilities, prior to the issuance of the Recognition Order could result in irreparable injury to SNP Boat and its *Sauvegarde* Proceeding and its creditors;

    c. The provisional application of the automatic stay of 11 U.S.C. § 362 will protect SNP Boat and its assets in the territorial jurisdiction of the United States pending the issuance of the Recognition Order;

    d. The Foreign Representative is entitled to protection under 11 U.S.C. § 1519;

    e. The public will be served by the issuance of this relief; and

  f.  The proposed form and manner of the proposed notice is appropriate and satisfies the requirements of Bankruptcy Rules 1011(b), 2002(q) and 9007.

  11.  Therefore, the Foreign Representative respectfully submits that it is appropriate that an order issue:

  (a)  Pursuant to 11 U.S.C. §§ 105(a), 362, 1504, 1517, 1519, 1520 and 1521, provisionally applying the automatic stay to the commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial jurisdiction of the United States, or its rights, obligations or liabilities pending the issuance of the Recognition Order; and

  (b)  Pursuant to Bankruptcy Rules 1011(b) and 2002(q), scheduling the Recognition Hearing for **April 27, 2010** or as soon thereafter as the Court may be available; and

  (c)  Pursuant to Bankruptcy Rules 1011(b), 2002(q) and 9007, approving the form and manner of notice to be provided to interested parties.

**WHEREFORE**, Pierre-Louis Ezavin as Foreign Representative, respectfully requests that the Court enter an Order to Show Cause:

  1.  Provisionally applying the automatic stay to the commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial jurisdiction of the United States, or its rights, obligations or liabilities pending the issuance of the Recognition Order;

  2.  Scheduling the Recognition Hearing for **April 27, 2010** or as soon thereafter as the Court may be available;

3.  Approving the form and manner of notice to be provided to interested parties; and

4.  Granting any such further relief deemed appropriate under the circumstances.

Dated this 6th day of April, 2010.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**ADORNO & YOSS LLP**

/s/ Mark S. Roher
Charles M. Tatelbaum
Florida Bar No.: 177540
ctatelbaum@adorno.com
Mark S. Roher
Florida Bar No. 178098
mroher@adorno.com
350 East Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 776-7800

Attorneys for Foreign Representative

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                      CASE NO. 10-18891-JKO

SNP BOAT SERVICE SA                                         CHAPTER 15
a/k/a SERVICE NAVIGATION
DE PLAISANCE BOAT SERVICE SA,

    Debtor in Foreign Proceedings.
_____/

### NOTICE OF FILING OF CHAPTER 15 PETITION, ISSUANCE OF PROVISIONAL STAY, AND SCHEDULING HEARING

**PLEASE TAKE NOTICE** that on April 6, 2010, Pierre-Louis Ezavin, in his capacity as the foreign representative (the "Foreign Representative") of SNP Boat Service SA a/k/a Service Navigation De Plaisance Boat Service SA ("SNP Boat" or the "Foreign Debtor"), a French company in reorganization proceedings under French law (the "*Sauvegarde* Proceeding"), currently pending before the Commercial Court of Cannes, France (Tribunal de commerce de Cannes) filed a *Verified Petition for Recognition of a Foreign Main Proceeding (the "Recognition Petition")* with the United States Bankruptcy Court for the Southern District of Florida, Broward Division (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing with respect to whether to grant recognition to the Foreign Representative and to the *Sauvegarde* Proceeding as Foreign Main Proceeding, both under Chapter 15 of the Bankruptcy Code, for **3:30 p.m. on April 27, 2010** at 299 E. Broward Blvd. Room 301 Fort Lauderdale, FL 33301 (the "Recognition Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has issued a provisional order staying the commencement or continuation of any action or proceeding concerning SNP Boat's assets within the territorial jurisdiction of the United States, or its rights, obligations or liabilities pending the Recognition Hearing. Upon recognition of the *Sauvegarde* Proceeding as Foreign Main Proceeding, the provisional stay will be replaced by a statutory stay pursuant to sections 362 and 1520 of the Bankruptcy Code (the "Recognition Order").

**PLEASE TAKE FURTHER NOTICE** that any interested party wishing to submit a response or objection to the issuance of the Recognition Order must do so in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and such response or objection must be in writing and set forth the basis therefore, which response or objection must be filed electronically with the Court by registered users of the Court's electronic case filing system, with a copy to be served upon Mark S. Roher, Esq., Adorno & Yoss, LLP, United States Counsel to the Foreign Representative, 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale,

1


EXHIBIT A

Florida 33301 [email: mroher@adorno.com or facsimile (954) 660-8148], so as to be received on or before 5:00 p.m. (Fort Lauderdale time) three (3) business days prior to the Recognition Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be continued from time to time without further notice other than an announcement in open court, or a notice of continued hearing filed with the Bankruptcy Court, of the continued date or dates at the hearing or any further continued hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the *Recognition Petition* and accompanying papers are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.flsb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to the Foreign Representative's United States counsel addressed to:

**Adorno & Yoss, LLP**
Attention: Mark S. Roher, Esq.
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, Florida 33301
954-763-1200
954-766-7800 Fax
email: mroher@adorno.com

Dated this 6th day of April, 2010.

2